# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2019

158734

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

*In re* A.R. SANDERS, Minor.

SC: 158734
COA: 342578
Oakland CC Family Division:
13-813008-NA

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the October 25, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



p0115

Clerk